# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 11-cv-02746-WMA-2 |
| | ) | |
| STATE OF ALABAMA & | ) | |
| GOVERNOR ROBERT J. BENTLEY, | | |

## NOTICE OF APPEARANCE

Comes now the United States of America, by and through its counsel, United States Attorney Joyce White Vance, and gives notice that Assistant United States Attorney Praveen Krishna will be an additional attorney of record in the above-styled case.

Respectfully submitted,

JOYCE WHITE VANCE
United States Attorney


*/s/*
PRAVEEN KRISHNA
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed electronically on this the 1st day of August 2011, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the defendant's counsel of record.

/s/
PRAVEEN KRISHNA
Assistant United States Attorney