# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **HISPANIC INTEREST COALITION OF ALABAMA;** *ET AL.*, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | |
| **ROBERT BENTLEY,** in his official capacity as Governor of the State of Alabama; *et al.*, ) ) ) ) | |
| Defendants. ) | |
| **RT. REV. HENRY N. PARSLEY, JR.,** in his official capacity as Bishop of the Episcopal Church in the Diocese of Alabama, *et al.*, ) ) ) ) ) | |
| Plaintiffs, ) | |
| vs. ) | **Case Number: 5:11-CV-2484-SLB** |
| ) | |
| **ROBERT BENTLEY,** in his official capacity as Governor of the State of Alabama, ) ) ) ) | |
| Defendants. ) | |
| **UNITED STATES OF AMERICA,** ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | |

1

| | |
|---|---|
| STATE OF ALABAMA; | ) |
| GOVERNOR ROBERT J. | ) |
| BENTLEY, | ) |
| | ) |
| Defendants. | ) |

## EVIDENTIARY SUBMISSION IN SUPPORT OF PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY INJUNCTION

COME NOW the leaders of the Episcopal, Methodist and Roman Catholic churches in Alabama, along with the Benedictine Sisters and Monks ("Bishop Plaintiffs") and hereby submit the following evidence in support of their Amended Motion for Preliminary Injunction filed on August 10, 2011:

| Exhibit | Description |
|---|---|
| 1. | Affidavit of Bishop Henry N. Parsley, Jr.; |
| 2. | Affidavit of Bishop William H. Willimon; |
| 3. | Affidavit of Archbishop Thomas J. Rodi; |
| 4. | Affidavit of Bishop Robert J. Baker; |
| 5. | Affidavit of Senator Roger H. Bedford, Jr.; |
| 6. | Declaration of Father Hernan Afandador-Kafuri; |
| 7. | Declaration of Andrea F. Blackert; |
| 8. | Declaration of Reverend John Fletcher Comer, Jr.; |
| 9. | Declaration of Rector Judith Comer; |

10. Affidavit of Reverend Patrick Egan;

11. Declaration of Matt Ennis;

12. Affidavit of Father Luis Fernando-Diaz;

13. Declaration of Reverend Mark Johnston

14. Affidavit of Al Manzella;

15. Affidavit of Reverend Cletus D. Meagher;

16. Affidavit of John F. Parker;

17. Declaration of Victoria Robertson;

18. Declaration of Frank Romanowicz;

19. Affidavit of Sister Veronica Ryan;

20. Declaration of Reverend David Shoemaker;

21. Affidavit of Christine C. Wright;

Respectfully Submitted,

    s/    *Augusta S. Dowd*
Augusta S. Dowd
Attorney for Henry N. Parsley, Jr., Bishop of the Episcopal Church in the Diocese of Alabama, in his official capacity

OF COUNSEL:
WHITE ARNOLD & DOWD P.C.
2025 Third Avenue North, Suite 500
Birmingham, Alabama 35203
205 323-1888
adowd@whitearnolddowd.com

        s/  *J. Terrell McElheny*
J. Terrell McElheny
Attorney for William H. Willimon, Bishop of the North Alabama Conference of the United Methodist Church in his individual capacity

OF COUNSEL:
Dominick Feld Hyde, P.C.
2121 Highland Avenue South
Birmingham, AL 35205
205-939-0033
TMcElheny@dfhlaw.com

        s/  *F. Grey Reddit, Jr.*
F. Grey Reddit, Jr.
Attorney for Most Rev. Thomas J. Rodi, Archbishop of the Mobile, a corporation sole

OF COUNSEL:
Vickers Riis
P.O. Box 2568
Mobile, AL 36652
251-432-9772
gredditt@vickersriis.com

        s/  *John F. Whitaker*
John F. Whitaker
Attorney for Robert J. Baker, Bishop of Birmingham, a corporation sole

OF COUNSEL:
Whitaker, Mudd, Simms, Luke & Wells, LLC
2001 Park Place North, Suite 400
Birmingham, AL 35203
205-639-5300
jwhitaker@wmslawfirm.com

          *s/ Sister Lynn Marie McKenzie*
Sister Lynn Marie McKenzie
(ASB-8264 -Z61L)
Attorney for Benedictine Sisters of Cullman, Alabama, Inc. and the Benedictine Society of Alabama

OF COUNSEL:
Knight Griffith LLP
P.O. Box 930
Cullman, AL 35056
256-734-0456
slm@knight-griffith.com

          *s/ R. Champ Crocker*
R. Champ Crocker
Attorney for Benedictine Sisters of Cullman, Alabama, Inc. and the Benedictine Society of Alabama

OF COUNSEL:
R. Champ Crocker, LLC
207 2nd Avenue S.E.
P.O. Box 2700
Cullman, Alabama 35055
(256) 739-5005
rccrocker@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

          *s/ Augusta S. Dowd*
OF COUNSEL

5