UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| HISPANIC INTEREST COALITION OF ALABAMA; *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ROBERT BENTLEY, in his official capacity )<br>as Governor of the State of Alabama; *et al.*, )<br>Defendants. ) | Case Number: 5:11-CV-2484-SLB |
| RT. REV. HENRY N. PARSLEY, JR., in his )<br>official capacity as Bishop of the Episcopal )<br>Church in the Diocese of Alabama, *et al.*, )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>ROBERT BENTLEY, in his official capacity )<br>as Governor of the State of Alabama, )<br>Defendants. ) | Case Number: 5:11-CV-2736-SLB |
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>vs. )<br>)<br>STATE OF ALABAMA; GOVERNOR )<br>ROBERT J. BENTLEY, )<br>)<br>Defendants. ) | Case Number: 2:11-CV-2746-SLB |

## **ORDER**

This matter comes before the court on the Motions for Preliminary Injunction filed in the above-referenced cases. The court having discussed with counsel its concerns regarding the limited time available to adequately address the numerous challenges to Act 2011-535 [H.B. 56] by the

effective date,[1] it is hereby **ORDERED** that **Act 2011-535 [H.B. 56] is TEMPORARILY ENJOINED**, and may not be executed or enforced. **In entering this order the court specifically notes that it is in no way addressing the merits of the motions**.

The court will issue detailed Memorandum Opinions and Orders ruling on the merits of the pending Motions for Preliminary Injunction no later than September 28, 2011. This temporary injunction shall remain in effect until September 29, 2011, or until the court enters its rulings, whichever comes first.

Done this 29th day of August, 2011.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Absent an injunction, the majority of the provisions of Act 2011-535 [H.B. 56] are set to take effect on September 1, 2011.